UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| TYLER TRAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO.  1:21-cv-24-GNS |
| | ) |
| AFLAC INFOSEC SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1. Plaintiff, Tyler Travis ("Travis"), by counsel, bring this action against Defendant, AFLAC Infosec Services LLC, ("Defendant") alleging violations of the Age Discrimination in Employment Act ("ADEA"), as amended, 29 U.S.C. § 621 *et. seq.* and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et. seq.*

**II. PARTIES**

2. Travis is a resident of Barren County, Kentucky which is within the geographical boundaries of the Western District of Kentucky.

3. Defendant maintains offices and conducts business within the geographical boundaries of the Western District of Kentucky.

**III. JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; 20 U.S.C. § 626; and 42 U.S.C. §2000e-5(f)(3).

5. Defendant is an "employer" as that term is defined by 42 U.S.C. § 2000e(b) and 29 U.S.C. § 630(b).

6. Travis was an "employee" as that term is defined by 42 U.S.C. § 2000e(f) and 29 U.S.C. § 630(f).

7. Travis satisfied his obligation to exhaust his administrative remedies having timely filed Charges of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Defendant alleging retaliation and discrimination based on age and gender. Travis received the required Notices of his Right to Sue and timely files this action.

8. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Western District of Kentucky; thus, venue is proper in this Court.

### IV. FACTUAL ALLEGATIONS

9. In or about May 2011, Travis began working for the Defendant as an Agent/Associate.

10. At all relevant times, Travis met or exceeded Defendant's legitimate performance expectations. Travis received positive performance reviews throughout his tenure.

11. In or about Fall 2015 and Spring 2016, Travis engaged in a protected activity by making complaints to management about a Regional Manager's sexual harassment of other employees.

12. Specifically, Travis complained about an affair between David Blakeman and Paula Winchell.

13. Travis also complained about other inappropriate conduct by Blakeman, such as inviting Heather Peck to his hotel room and later kicking her out of the hotel, as well as showing up to Travis's house with alcohol to discuss his affair and refusing to leave after Travis asked him to do so.

14. On or about September 15, 2020, Defendant terminated Travis's employment due to alleged complaints that it received regarding him.

15. Travis had been given no prior warning or discipline.

16. Travis was not provided with details regarding any alleged complaint.

17. At the time of his termination, Travis was forty-eight years old.

18. Travis was replaced with a younger, female employee.

19. Defendant has engaged in a pattern and practice of removing older employees and replacing them with younger employees.

20. In the past year, four of eight Regional Managers were replaced with or consolidated to significantly younger managers. All of the managers that were fired or demoted were male.

21. Once an employee reaches ten years of service, they become entitled to 100% of their residual renewals regardless of whether they remain employed with Defendant.

22. Travis was terminated only a few months before his ten-year anniversary.

23. Defendant has engaged in a pattern and practice of terminating male employees and replacing them with female employees.

24. Defendant has not terminated the employment of similarly situated younger and/or female employees and employees who have not engaged in a protected activity.

## V. Causes of Action

### Count I – ADEA – Age Discrimination

25. Travis hereby incorporates by reference paragraphs one (1) through twenty-four (24) of his Complaint as if the same were set forth at length herein.

26. Defendant discriminated against Travis on the basis of his age by terminating his employment and replacing him with a significantly younger employee.

27. Defendant's actions were intentional, willful and in reckless disregard of Travis's legally protected rights as protected by the Age Discrimination in Employment Act ("ADEA"), as amended, 29 U.S.C. § 621 *et. seq.*

28. Travis has suffered damages as a result of Defendant's actions.

### Count II – Title vii – Gender Discrimination

29. Travis hereby incorporates paragraphs one (1) through twenty-eight (28) of his Complaint.

30. Defendant discriminated against Travis on the basis of his gender by terminating his employment and replacing him with a female employee.

31. Defendant's actions were intentional, willful, and in reckless disregard of

Travis's rights as protected by Title VII of the Civil Rights Act of 1964, § 2000e *et. seq.*

32. Travis suffered damages as a result of Defendant's unlawful actions.

### COUNT III – TITLE VII – RETALIATION

33. Travis hereby incorporates paragraphs one (1) through thirty-two (32) of his Complaint.

34. Travis engaged in a protected activity when he filed a complaint of sexual harassment with Defendant.

35. Defendant retaliated against Travis for exercising his rights under Title VII.

36. Defendant's actions were intentional, willful, and in reckless disregard of Travis's rights as protected by Title VII of the Civil Rights Act of 1964, § 2000e *et. seq.*

37. Travis suffered damages as a result of Defendant's unlawful actions.

### VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Tyler Travis, respectfully requests that this Court enter judgment in his favor and award him the following relief:

1. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendants' unlawful actions;

2. Pay compensation for any and all other damages suffered as a consequence of Defendants' unlawful actions;

3. Pay compensatory damages under Title VII and the ADEA;

4. Pay punitive damages under Title VII and the ADEA;

5. Liquidated damages under the ADEA;

6. All costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgment interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By:  /s/ Andrew Dutkanych III_____
Andrew Dutkanych III
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone:    (317) 991-4765
Facsimile:      (812) 424-1005
Email: ad@bdlegal.com

Attorneys for Plaintiff, Tyler Travis

## **DEMAND FOR JURY TRIAL**

Plaintiff, Tyler Travis, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By:  /s/ Andrew Dutkanych III_____
Andrew Dutkanych III
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone:    (317) 991-4765
Facsimile:      (812) 424-1005
Email: ad@bdlegal.com

Attorneys for Plaintiff, Tyler Travis

Attorneys for Plaintiff, Tyler Travis