UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21-cv-00024-GNS

*Electronically Filed*

TYLER TRAVIS                                                    PLAINTIFF

v.

AFLAC INFOSEC SERVICES, LLC                         DEFENDANT

## STIPULATION OF DISMISSAL

Plaintiff, by counsel, and the Defendants, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal of Plaintiff's Complaint, with prejudice, against the Defendant, each party to bear their own attorneys' fees and costs.

**HAVING SEEN AND AGREED:**

*/s/ Mark E. Stamelos (w/ permission)*
Mark E. Stamelos
KBA ID No.: 95239
FORD & HARRISON, LLP
150 Third Avenue South, Suite 2010
Nashville, TN 37201
Telephone: (615) 574-6704
Facsimile: (615) 574-6704
mstamelos@fordharrison.com
COUNSEL FOR DEFENDANT

*/s/ Andrew Dutkanych III*
Andrew Dutkanych III
KBA ID No.: 91190
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 43204

ad@bdlegal.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, a copy of the foregoing *Stipulation of Dismissal* was filed electronically.  Parties may access this filing through the Court's system.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.

Mark E. Stamelos
mstamelos@fordharrison.com

/s/Andrew Dutkanych III

Andrew Dutkanych III